UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSEPH CHILDS, | No. CV 09-00715-GAF (VBK) |
| Plaintiff, | ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE SECOND AMENDED COMPLAINT |
| v. | |
| J. MARSHALL, | |
| Defendant. | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

**IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving and adopting the Report and Recommendation, and (2) dismissing the Second Amended Complaint and the entire action with prejudice.

DATED: January 27, 2010

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE