JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JOSEPH CHILDS, | No. CV 09-00715-GAF (VBK) |
| Plaintiff, | JUDGMENT |
| v. | |
| J. MARSHALL, | |
| Defendant. | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the Second Amended Complaint and entire action with prejudice.

DATED: January 27, 2010

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE